**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONDRE RAGLIN, | Case No. 2:23-cv-04426-MCS-SK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WAI HUNG CHU; and DOES 1 to 10, | |
| Defendants. | |

Pursuant to the Court's Order of Dismissal, it is ordered, adjudged, and decreed that this case is dismissed without prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: September 11, 2023

_Mark C. Scarsi_

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE